IRELL & MANELLA LLP
Morgan Chu (70446) (mchu@irell.com)
Samuel K. Lu (171969) (slu@irell.com)
Talin Gordnia (274213) (tgordnia@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199

Attorneys for Plaintiff
LAM RESEARCH CORP.

STADHEIM & GREAR, LTD.
George Summerfield
(Summerfield@StadheimGrear.com)
400 N. Michigan Avenue, Suite 2200
Chicago, IL 60611
Telephone:   (312) 755-4400
Facsimile:   (312) 755-4408

Attorneys for Defendant
DANIEL L. FLAMM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAM RESEARCH CORP.,<br><br>              Plaintiff,<br><br>    vs.<br><br>DANIEL L. FLAMM,<br><br>              Defendant. | Case No. 5:15-cv-01277-BLF<br><br>[PROPOSED] ORDER APPROVING STIPULATION EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS, DKT. NO. 24, AND RESCHEDULING HEARING DATE<br><br>DEMAND FOR JURY TRIAL |

Case No. 5:15-cv-01277-BLF

[PROPOSED] ORDER APPROVING STIPULATION EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS, AND RESCHEDULING HEARING DATE

1   Pursuant to Civil L.R. 6-2, Plaintiff Lam Research Corporation ("Lam"), and Defendant
2   Daniel L. Flamm ("Flamm"), through their undersigned counsel, hereby agree and stipulate as
3   follows:
4   WHEREAS Lam filed the complaint in the above-captioned case on March 18, 2015, Dkt.
5   No. 1 ("the Complaint");
6   WHEREAS, on May 15, 2015, counsel for Lam effectuated service of the Complaint,
7   Summons, and documents required by Civil L.R. 4-2 on counsel for Flamm through electronic
8   mail;
9   WHEREAS, on May 22, 2015, this Court entered an Order Approving Stipulation to
10  Extend Time for Defendant to Answer Complaint and to Continue Case Management Conference;
11  Setting Initial Case Management Conference and ADR Deadlines;
12  WHEREAS, the Court's May 22, 2015 order approved, *inter alia*, the parties' stipulation to
13  extend the time for Flamm to answer the Complaint to July 14, 2015;
14  WHEREAS, on July 14, 2015, this Court entered an Order Approving Stipulation to
15  Extend Time for Defendant to answer the Complaint;
16  WHEREAS, the Court's July 14, 2015 order approved the parties' stipulation to extend the
17  time for Flamm to answer the Complaint to July 21, 2015;
18  WHEREAS, the Court's July 14, 2015 order did not alter any other deadlines in the
19  schedule, including those set by the Court's Order of May 22, 2015;
20  WHEREAS, Flamm has not answered the Complaint as of the filing of this stipulation;
21  WHEREAS, on July 21, 2015, Flamm filed a motion captioned "Motion and Memorandum
22  In Support of Motion to Dismiss or, in the Alternative, for a More Definite Statement," ("Motion
23  to Dismiss"), Dkt. No. 24;
24  WHEREAS, under Civil L.R. 7-3, the deadline for Lam to file an opposition to the Motion
25  to Dismiss is August 4, 2015, and the deadline for Flamm to file a reply in support of the Motion
26  to Dismiss is August 11, 2015;
27  WHEREAS, the hearing date for the Motion to Dismiss is currently scheduled for
28  September 17, 2015;

1  WHEREAS, pursuant to Civil L.R. 6-2, the parties conferred, agreed and stipulated to ask the Court to extend the deadline for Lam to file an opposition to the Motion to Dismiss to September 1, 2015;

WHEREAS, pursuant to Civil L.R. 6-2, the parties conferred, agreed and stipulated to ask the Court to extend the deadline for Flamm to file a reply in support of the Motion to Dismiss to September 15, 2015;

WHEREAS, pursuant to Civil L.R. 6-2, the parties conferred, agreed and stipulated to ask the Court to reschedule the hearing date for the Motion to Dismiss to November 12, 2015 because Lam's counsel is not available to attend the hearing on September 17, 2015;

WHEREAS, the parties' requested time modification does not affect any other deadline in the schedule, including those set by the Court's Order of May 22, 2015;

NOW THEREFORE, pursuant to Civil L.R. 6-2 and 7-12, Lam and Flamm, by and through their respective counsel of record, HEREBY STIPULATE AS FOLLOWS:

The deadline for Lam to file an opposition to the Motion to Dismiss shall be extended to September 1, 2015, the deadline for Lam to file a reply in support of the Motion to Dismiss shall be extended to September 15, 2015, and the hearing for the Motion to Dismiss shall be rescheduled to November 12, 2015.

**IT IS SO STIPULATED**

Dated:  July 27, 2015

          Respectfully submitted,

          IRELL & MANELLA LLP

          By:  */s/ Talin Gordnia*
                Talin Gordnia

          Morgan Chu (70446) (mchu@irell.com)
          Samuel K. Lu (171969) (slu@irell.com)
          Talin Gordnia (274213) (tgordnia@irell.com)
          IRELL & MANELLA LLP
          1800 Avenue of the Stars, Suite 900
          Los Angeles, California 90067-4276
          Telephone:   (310) 277-1010
          Facsimile:    (310) 203-7199

          Attorneys for Plaintiff Lam Research Corp.

1  Dated: July 27, 2015

2                                                  Respectfully submitted,

3                                                  STADHEIM & GREAR, LTD.

4                                                  By:  */s/  George Summerfield (by permission)*
                                                          George Summerfield

5
                                                   George Summerfield (Summerfield@StadheimGrear.com)
6                                                  STADHEIM & GREAR, LTD.
                                                   400 N. Michigan Avenue, Suite 2200
7                                                  Chicago, IL 60611
                                                   Telephone:    (312) 755-4400
8                                                  Facsimile:    (312) 755-4408

9                                                  Attorneys for Defendant Daniel L. Flamm

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 5:15-cv-01277-BLF                   - 4 -                   [PROPOSED] ORDER APPROVING STIPULATION
                                                                     EXTENDING TIME FOR PLAINTIFF TO RESPOND TO
                                                                     DEFENDANT'S MOTION TO DISMISS, AND
                                                                     RESCHEDULING HEARING DATE

Case 5:15-cv-01277-BLF   Document 29   Filed 07/27/15   Page 5 of 5

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: July 27, 2015          , 2015        By: /s/ Beth Labson Freeman
BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER APPROVING STIPULATION EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS, AND RESCHEDULING HEARING DATE