UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAM RESEARCH CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL L. FLAMM,<br><br>    Defendant. | Case No. 15-cv-01277-BLF<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

On review of the parties' Joint Case Management Statement, ECF 32, and in light of the pending motion to dismiss by Defendant, the Court finds good cause to continue the Initial Case Management Conference in this case. The Initial Case Management Conference is HEREBY CONTINUED to November 12, 2015 at 11:00 a.m. in Courtroom 3, 5th Floor, San Jose. The parties shall file an updated case management statement by no later than November 5, 2015.

**IT IS SO ORDERED.**

Dated: August 11, 2015

_____
BETH LABSON FREEMAN
United States District Judge