UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL L. FLAMM,

    Plaintiff,

v.

SAMSUNG ELECTRONICS CO LTD, et al.,

    Defendants.

Case No. 16-cv-02252-RS

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Beth Labson Freeman for consideration of whether the case is related to *Lam Research Crop. v. Flamm*, No. 15-cv-01277-BLF.

**IT IS SO ORDERED**.

Dated: April 27, 2016

_____
RICHARD SEEBORG
United States District Judge