UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAM RESEARCH CORPORATION,<br><br>       Plaintiff,<br><br>  v.<br><br>DANIEL L. FLAMM, et al.,<br><br>       Defendants. | Case No.  15-cv-01277-BLF<br>Related Case Nos.  16-cv-01578-BLF; 16-cv-01579-BLF; 16-cv-01580-BLF; 16-cv-01581-BLF; 16-cv-02252-BLF<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE FOR MAY 19, 2016** |
| DANIEL L. FLAMM,<br><br>       Plaintiff,<br><br>  v.<br><br>GLOBAL FOUNDRIES U.S. INC.,<br><br>       Defendant. | |
| DANIEL L. FLAMM,<br><br>       Plaintiff,<br><br>  v.<br><br>INTEL CORPORATION,<br><br>       Defendant. | |
| DANIEL L. FLAMM,<br><br>       Plaintiff,<br><br>  v.<br><br>MAXIM INTEGRATED PRODUCTS, INC.,<br><br>       Defendant. | |

|   |   |
|---|---|
| DANIEL L. FLAMM, <br>   Plaintiff, <br> v. <br> MICRON TECHNOLOGY, INC., <br>   Defendant. |   |
| DANIEL L. FLAMM, <br>   Plaintiff, <br> v. <br> SAMSUNG ELECTRONICS CO LTD, et al., <br>   Defendants. |   |

The Court SETS a case management conference for the above-captioned related cases for May 19, 2016 at 11:00 a.m. The parties may appear by CourtCall; counsel to arrange telephonic appearance. The parties in the above-captioned cases are ORDERED to meet and confer and file a joint case management statement by May 12, 2016 that outlines a process for a fair and efficient resolution of all the actions. The parties are further ORDERED to meet and confer regarding a single settlement and ADR process.

**IT IS SO ORDERED.**

Dated: May 3, 2016

_____
BETH LABSON FREEMAN
United States District Judge