**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| LAM RESEARCH CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL L. FLAMM, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-01277-BLF<br>Related Case Nos. 16-cv-01578-BLF; 16-cv-01579-BLF; 16-cv-01580-BLF; 16-cv-01581-BLF; 16-cv-02252-BLF<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO JULY 28, 2016** |
| DANIEL L. FLAMM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GLOBAL FOUNDRIES U.S. INC.,<br><br>　　　　Defendant. | |
| DANIEL L. FLAMM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTEL CORPORATION,<br><br>　　　　Defendant. | |
| DANIEL L. FLAMM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAXIM INTEGRATED PRODUCTS, INC.,<br><br>　　　　Defendant. | |

| | |
|---|---|
| DANIEL L. FLAMM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICRON TECHNOLOGY, INC.,<br><br>　　　　Defendant. | |
| DANIEL L. FLAMM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAMSUNG ELECTRONICS CO LTD, et al.,<br><br>　　　　Defendants. | |

On May 12, 2016, at the Court's request, the parties in the above-captioned related cases filed a joint case management statement. After reviewing the joint case management statement, the Court finds having a case management conference on May 19, 2016 would be premature and inefficient. Accordingly, the Court CONTINUES the case management conference to July 28, 2016.

**IT IS SO ORDERED.**

Dated: May 12, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge

2