**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| LAM RESEARCH CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL L. FLAMM, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-01277-BLF<br>Related Case Nos. 16-cv-01578-BLF; 16-cv-01579-BLF; 16-cv-01580-BLF; 16-cv-01581-BLF; 16-cv-02252-BLF<br><br>**ORDER (1) VACATING HEARINGS ON MOTIONS TO DISMISS AND STAY, (2) CONTINUING CASE MANAGEMENT CONFERENCE TO NOVEMBER 3, 2016, AND (3) ORDER RE: CONTESTED ISSUES** |
| DANIEL L. FLAMM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GLOBAL FOUNDRIES U.S. INC.,<br><br>　　　　Defendant. | |
| DANIEL L. FLAMM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTEL CORPORATION,<br><br>　　　　Defendant. | |
| DANIEL L. FLAMM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAXIM INTEGRATED PRODUCTS, INC., | |

United States District Court
Northern District of California

|   |
|---|
| Defendant. |

| |
|---|
| DANIEL L. FLAMM,<br>      Plaintiff,<br>  v.<br>MICRON TECHNOLOGY, INC.,<br>      Defendant. |
| DANIEL L. FLAMM,<br>      Plaintiff,<br>  v.<br>SAMSUNG ELECTRONICS CO LTD, et al.,<br>      Defendants. |

Pursuant to Civ. L.R. 7-1(b), the Court finds Dr. Flamm's motion to dismiss in Case 15-01277 and the joint motions to stay in the above-captioned cases suitable for submission without oral argument and hereby VACATES the hearing scheduled for July 28, 2016.  The Court also CONTINUES the case management conference to November 3, 2016 at 11:00 a.m.  The Court further rules on identified issues in the Fourth Supplemental Case Management Statement as follows:

1. In regard to § 8B. Depositions, the Court GRANTS Defendants' request for 32 hours of deposition for Dr. Flamm.  Absent Defendants' agreement to limit themselves to 32 hours of total deposition time, Dr. Flamm would be subject to six 7-hour depositions.
2. In regard to § 12 ADR, the requirement to commence ADR is deferred until after the Court rules on the motions to stay.

3. In regard to § 17 Scheduling, all case scheduling is deferred until the next CMC which will be held after the Court rules on the motion to stay. Discovery shall proceed pursuant to the provisions of the Patent Local Rules.

**IT IS SO ORDERED.**

Dated: July 22, 2016

_____
BETH LABSON FREEMAN
United States District Judge