**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| LAM RESEARCH CORPORATION,<br><br>   Plaintiff,<br><br>  v.<br><br>DANIEL L. FLAMM, et al.,<br><br>   Defendants. | Case No.  15-cv-01277-BLF<br>Related Case Nos.  16-cv-01578-BLF; 16-cv-01579-BLF; 16-cv-01580-BLF; 16-cv-01581-BLF; 16-cv-02252-BLF<br><br>**ORDER STAYING CASES** |
| DANIEL L. FLAMM,<br><br>   Plaintiff,<br><br>  v.<br><br>GLOBAL FOUNDRIES U.S. INC.,<br><br>   Defendant. | |
| DANIEL L. FLAMM,<br><br>   Plaintiff,<br><br>  v.<br><br>INTEL CORPORATION,<br><br>   Defendant. | |
| DANIEL L. FLAMM,<br><br>   Plaintiff,<br><br>  v.<br><br>MAXIM INTEGRATED PRODUCTS, INC.,<br><br>   Defendant. | |

|     |     |
| --- | --- |
| DANIEL L. FLAMM, Plaintiff, v. MICRON TECHNOLOGY, INC., Defendant. | |
| DANIEL L. FLAMM, Plaintiff, v. SAMSUNG ELECTRONICS CO LTD, et al., Defendants. | |

On August 8, 2016, the Court CONDITIONALLY GRANTED a stay pending *inter partes* review in the above-captioned actions. The Court conditioned the stay on agreements by GLOBALFOUNDRIES U.S. Inc. ("GLOBALFOUNDRIES"), Intel Corporation ("Intel"), Maxim Integrated Products, Inc. ("Maxim"), Micron Technology, Inc. ("Micron"), and Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, LLC (collectively, "Samsung") to be bound by an appropriate level of estoppel based on their involvement in the filing of IPR petitions by Lam Corp.

GLOBALFOUNDRIES, Intel, Maxim, Micron, and Samsung have all filed declarations agreeing to be bound by the appropriate estoppel conditioned outlined in the Court's Order. *See* GLOBALFOUNDRIES, Case No. 16-1578, ECF 27; Intel, Case No. 16-1579, ECF 34; Maxim, Case No. 16-1580, ECF 34; Micron, Case No. 16-1581, ECF 28; Samsung, Case No. 16-2252, ECF 101. Accordingly, the Court STAYS the above-captioned actions. The Court ORDERS the parties to file a joint status report within 21 days of the PTO's final decisions on the IPR petitions.

**IT IS SO ORDERED.**

Dated: August 23, 2016

_____
BETH LABSON FREEMAN
United States District Judge

2